## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

WILLIAM H. HOLLOMAN,             Case No.:   3:10-cv-1201-J-9RBD

       Plaintiff,

v.

MAYO CLINIC, a foreign
non-profit corporation,

       Defendant.
_____/

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

    COMES NOW the Plaintiff, William Holloman, by and through the undersigned counsel, and pursuant to Rule 15(a), *Federal Rules of Civil Procedure*, requests this Honorable Court to enter an order allowing Plaintiff to amend his action and states: O

    1.    On or about December 29, 2010, Plaintiff filed his Complaint.   The Complaint was handwritten and filed pro se.

    *2.*    The Plaintiff's claims of discrimination arise from Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*; the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760; and the Civil Rights Act of 1886, as Amended by the Civil Rights Act of 1991, 42 U.S.C. § 1981 *et seq.*

    3.    The Plaintiff acting as a pro se plaintiff did not fully set forth all the relevant facts or laws applicable to his claim against the Defendant.

    4.    The Defendant has not been served.   Concurrent with the filing of this motion, Plaintiff filed his motion for extend time to serve process on the Defendant.

    5.    The Defendant will not be prejudiced by the granting of this motion.   Rather, allowing counsel to amend the Complaint filed by the Plaintiff while pro se, will allow the

Defendant to be served a more streamlined and factual complaint for it to answer.

      6.   The Plaintiff's Amended Complaint is attached as Exhibit A.

**WHEREFOR**E the Plaintiff request the Court grant the Motion for Leave to Amend and file the Complaint, attached to this motion as Exhibit A.

## CERTIFICATE OF CONSULTATION

At this time there is not counsel with whom the undersigned may consult to determine whether opposing counsel would or would not oppose this motion.

## MEMORANDUM OF LAW

Leave to amend a pleading "shall be freely given when justice so requires." *Fed.R.Civ.P.* 15(a).

In the instant case the Defendant, Mayo Clinic, will suffer no undue prejudice should the motion to amend be granted, and the amendments will not substantially affect the parties' litigation of the issues in this case[1]. No depositions have been taken in this action as of the writing of this motion. A case management conference has not yet been held, nor a case management report or Order issues by the Court. No deadlines will be affected by the granting of leave to amend the complaint.

Further, the amendment of Plaintiff's action shall serve the interests of justice and will conserve valuable judicial resources. To not allow Plaintiff to fully litigate all potential claims simply because one of the claims had not been properly formulated by a pro se litigant would be a blow to justice and the notions of fair play. Finally, the alleged claims do nothing to substantively broaden the issues as framed by Plaintiff's Complaint filed on December 29, 2010, as that pleading alleged the underlying claims of discrimination, but not all of the applicable federal or state statutes.

---

[1]. The first complaint filed by the Plaintiff was not served upon the Defendant.

## **CONCLUSION**

Accordingly, and for the foregoing reasons, Plaintiff's motion should be granted.

          Respectfully submitted,

          /s/ *Rachel A. Compton*
          RACHEL A. COMPTON, ESQUIRE
          Florida Bar No.: 40873
          4651 Salisbury Road, Suite 475
          Jacksonville, FL 32256
          Tel: (904) 253-7886
          Fax: (904) 253-7887
          Email: rachel@rachelcomptonlaw.com
          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: **None.** A copy of the foregoing was also with the notice of electronic filing by process server to the following non-CM/ECF participants: Defendant, Mayo Clinic, by and through its' registered agent, Stephen Nelson, 4500 San Pablo, Jacksonville, Florida.

          /s/ *Rachel A. Compton*
          RACHEL A. COMPTON, ESQUIRE
          Florida Bar No.   40873